UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Docket No. 2:20-mj-113 |
| | ) | |
| MOHAMED NOOR, | ) | |
| Defendant | ) | |

**MOTION FOR DETENTION**

NOW COMES the United States of America, by and through its attorney, Christina E.

Nolan, United States Attorney for the District of Vermont, and moves for pretrial detention of

the above-named defendant pursuant to 18 U.S.C. §§ 3142(e) and (f).

1. Eligibility for Detention.  This defendant is eligible for detention because the case

involves an offense for which a maximum term of imprisonment of ten years or more is

prescribed in the Controlled Substances Act and because there is a serious risk that the defendant

will flee.  18 U.S.C. §§ 3142(f)(1)(C); 3142(f)(2)(A).

2. Reason For Detention.  The Court should detain the defendant because there are no

conditions of release which will reasonably assure the safety of the community and the

defendant's appearance as required.

The factors enumerated in the Bail Reform Act support this defendant's detention

pending further proceedings in this matter.  The nature and circumstances of the offense are

serious, and the weight of the evidence is strong.  As described in the affidavit accompanying the

criminal complaint, in or about late September 2020, Burlington Police and other law

enforcement agents conducted two controlled purchases of controlled substances from the

defendant.  On October 1, 2020, law enforcement executed a search warrant at a Burlington

residence where the defendant was living.  In the defendant's bedroom, law enforcement seized

about 1,100 bags of suspected heroin, a dangerous controlled substance.  In addition, investigators seized about $1,490 in U.S. currency from the defendant's bedroom.  Included among the $1,490 was some of the recorded currency used to conduct earlier controlled purchases from the defendant.

Notwithstanding the defendant's relative youth, his criminal history includes a number of misdemeanor convictions, including a March 2018 misdemeanor conviction for "Assault-Simple-Attempted by Menace."  Moreover, at the time he committed this offense, he was on Conditions of Release imposed by the Vermont Superior Court, Chittenden Criminal Division after being charged with "Assault & Robbery with Weapon."  The conditions included, among other things, a 24-hour curfew.  The defendant's overall criminal history, and the fact that he continued to engage in unlawful drug distribution and drug possession while subject to conditions of release, both suggest that he is not amenable to pre-trial supervision and that he poses a risk of non-appearance.

The United States requests the Court conduct the detention hearing at the defendant's initial appearance or upon completion of the bail report.

For the foregoing resaons, the government submits that Defendant Noor Mohamed poses both a danger to the community and a risk of flight.  The government requests that he be detained pending trial.

Dated at Burlington, in the District of Vermont, this 2nd day of October, 2020.

Respectfully submitted,

UNITED STATES OF AMERICA

CHRISTINA E. NOLAN
United States Attorney

By:   /s/ *John J. Boscia*
JOHN J. BOSCIA
Assistant U.S. Attorney
P.O. Box 570
Burlington, VT 05402-0570
(802) 951-6725
John.J.Boscia@usdoj.gov