UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　Plaintiff,<br><br>　v.<br><br>NOOR MOHAMED,<br>　　　　　Defendant. | Docket No. 2:20-cr-97 |

### DEFENDANT'S MOTION TO RECONSIDER DETENTION AND RELEASE TO RESIDENTIAL SUBSTANCE ABUSE TREATMENT PROGRAM

Defendant Noor Mohamed, by and through his attorneys, Langrock Sperry & Wool, LLP, hereby moves this honorable court to reconsider its Order of Detention, and to release Mr. Mohamed on conditions, as set forth below:

Defendant has now been admitted to the inpatient treatment program at Valley Vista pending confirmation of his prescribed medications from Northwest County Correctional Center staff. A bed is available for him immediately. Mr. Mohamed has never done residential substance abuse treatment, and it would greatly benefit him. It is likely that if he successfully completes the program, he will continue to maintain sobriety and be successful in the community on pretrial supervision.

WHEREFORE it is respectfully requested that this honorable court release Mr. Mohamed on conditions that include his successful completion of the Valley Vista residential treatment program, and such other conditions as the court deems just and necessary.

DATED at Middlebury, Vermont this 5th day of November, 2020.

    LANGROCK SPERRY & WOOL, LLP

    _____
    Devin McLaughlin
    PO Drawer 351, 111 S. Pleasant Street
    Middlebury, VT 05753
    dmclaughlin@langrock.com
    Phone: (802) 388-6356

    Attorneys for Defendant  NOOR MOHAMED

1144250.1