UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED
6-3-2021
BY _____(AW)_____
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br><br>　　v.<br><br>NOOR MOHAMED,<br>　　　　Defendant. | Docket No. 2:20-cr-97-1 |

ACKNOWLEDGEMENT OF PRE-SENTENCE REPORT REVIEW

NOW COMES the Defendant, Noor Mohamed, and acknowledges that he has read, reviewed and understands the Presentence Report.

DATED at Swanton, Vermont this __1__ day of ___June___, 2021.

_____/s/ Noor Mohamed_____
Noor Mohamed

1230260.1